ORIGINAL FILED

MAR 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

CV 08    1527 (PR) CW

Dear Sir or Madam:

Your action has been filed as a civil case number _____.

It appears that you have ~~not~~ attached a BLANK ~~complaint or~~ petition to your other pleadings. (PAGES 1-6)

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

(IFP Application / letter / no complaint)
(blank ~~complaint form /~~ petition attached)

Rev. 10/07

BROWN

Ben Brown
Main Adult Detention Facility
2777 Ventura Ave.
Santa Rosa, CA
95403

Clerk of the United States District Court
for the Northern District of California,
450 Golden Gate Ave, P.O. Box 36060,
San Francisco, CA 94102

RECEIVED
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FIRST CLASS

