IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN BROWN, | No. C 08-01527 CW (PR) |
|     Petitioner, | ORDER DIRECTING PETITIONER TO FILE COMPLETED HABEAS CORPUS PETITION FORM AND EITHER TO PAY FEE OR FILE IN FORMA PAUPERIS APPLICATION |
|   v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
|     Respondent.                 / | |

    On March 19, 2008, Petitioner, a prisoner of the State of California, filed a blank habeas corpus petition form with the Court in the instant case, which was opened as a habeas corpus action.  On the same day, the Clerk of the Court sent a notice to Petitioner informing him that his action could not go forward until he submitted a completed habeas corpus petition form.  The Clerk also sent a second notice informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's _in forma pauperis_ (IFP) application.  The Clerk sent Petitioner a blank habeas corpus petition form along with a blank IFP application.  The Clerk instructed him that he must file a completed habeas corpus petition form and also that he should either pay the filing fee or return the completed IFP application within thirty days or his action would be dismissed.

    More than thirty days have passed, and the Court's docket reveals that Petitioner has never filed a federal habeas corpus petition in this Court.  As such, he has no federal habeas corpus petition pending.  Without an actual petition, this action cannot proceed.  Moreover, Petitioner has not paid the filing fee or submitted a completed IFP application.

No later than <u>thirty (30) days</u> from the date of this Order, Petitioner shall file with the Court the attached federal habeas corpus petition form, completed in full, including the state post-conviction relief he has sought and any claims he seeks to raise in federal court.  In addition to this, Petitioner shall also pay the requisite $5.00 filing fee or file an IFP application to proceed with this case.  Finally, he should clearly write in the correct caption and case number for this action, C 08-01527 CW (PR).  If Petitioner fails to do so, the case will be closed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. <u>See</u> <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 633 (1962) (pursuant to Rule 41(b), a district court may <u>sua sponte</u> dismiss an action for failure to prosecute or to comply with a court order); <u>see also</u> <u>Malone v. United States Postal Serv.</u>, 833 F.2d 128, 133 (9th Cir. 1987) (the district court should afford the litigant prior notice before dismissing for failure to prosecute).

The Clerk of the Court shall send Petitioner a blank habeas corpus petition form and a blank IFP application.

IT IS SO ORDERED.

Dated:  8/11/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN BROWN,<br><br>        Plaintiff,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA et al,<br><br>        Defendant. | Case Number: CV08-01527 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ben Brown      w/pet. & ifp appl.
Main Adult Detention Facility
2777 Ventura Ave.
Santa Rosa, CA 95403

Dated: August 11, 2008

                                              Richard W. Wieking, Clerk
                                              By: Sheilah Cahill, Deputy Clerk