Ben Brown
Main Adult Detention
2777 Ventura Ave.
Santa Rosa, CA 9540

CV08-01527 CW

